# UN ED STATES COURT OF A EALS

## FOR THE EIGHTH CIRCUIT

No. 03-8008

| | | |
|---|---|---|
| Lester Grovatt, et al., | * | |
| Respondent, | * | Petition for Permission to Take an Interlocutory Appeal |
| v. | * | |
| St. Jude Medical, Inc., | * | 01-680 JRT |
| Petitioner. | * | 01-md-1396 |

**JUDGMENT**

Petition for permission to take a Rule 23(f) interlocutory appeal from the district court's conditional class certification order has been considered by the court and is denied. As the petition is premature, this court's denial is without prejudice to its later reassertion after the discovery ordered by the district court has been completed and the court has entered its final class certification order.

Mandate shall issue forthwith.

(5360-010199)

May 6, 2003

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

18

FILED MAY 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK