**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 09, 2008

Mr. James C. Martin
REED & SMITH
435 Sixth Avenue
James H. Reed Building
Pittsburgh, PA 15230-0000

RE: 06-3860 Lester Grovatt, et al v. St. Jude Medical

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Ms. Kirsten Moder Ahmad
Mr. Scott H. Angstreich
Mr. Steven E. Angstreich
Mr. Steven Boranian
Mr. James T. Capretz
Mr. David Charles Frederick
Mr. John Steven Garry
Mr. Steven M. Kohn
Mr. Eric John Magnuson
Mr. Patrick Murphy

Mr. John Willard Ursu
Ms. Tracy Joan Van Steenburgh
Mr. Bruce Vignery
Mr. Charles S. Zimmerman
Mr. Richard Sletten

District Court/Agency Case Number(s): 0:01-md-01396-JRT