# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-3860

In re: St. Jude Medical, INC., SILZONE HEART VALVE PRODUCTS LIABILITY LITIGATION,

-----------------------------

Lester Grovatt, et al.,

Appellees

v.

St. Jude Medical, INC.,

Appellant

-----------------------------

Product Liability Advisory Council and Minnesota Chamber of Commerce,

Amici on behalf of Appellant

State of Minnesota and AARP,

Amici on Behalf of Appellee

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:01-md-01396-JRT)

---

## MANDATE

In accordance with the opinion and judgment of April 09, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 30, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit