**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL No. 01-1396 (JRT) |

| | |
|---|---|
| LESTER GROVATT, | MDL Case Specific No. 01-0680 (JRT) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| ST. JUDE MEDICAL, INC., | |
| Defendant. | |

Steven Angstreich, **WEIR & PARTNERS LLP**, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107, for plaintiff.

David Stanley, **REED SMITH LLP**, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071, for defendant.

Pursuant to the Stipulation of Dismissal with Prejudice [Docket No. 578], the parties, through their respective counsel, agree to the dismissal of this case with prejudice, each side to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 10, 2010  
at Minneapolis, Minnesota.

      s/ John R. Tunheim  
      JOHN R. TUNHEIM  
      United States District Judge